UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WILLIAM KOHLSTRAND,**

    Plaintiff,

                                                                   Civil No. **07-14088**
                                                                     Hon. John Feikens

    v.

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on 7/31/2008, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                          **s/John Feikens**
                                                          John Feikens
                                                          United States District Judge

Dated: September 15, 2008

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 15, 2008.
s/Carol Cohron
Deputy Clerk