UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WILLIAM KOHLSTRAND,**
   Plaintiff,

                 Civil No.**07-14088**
                 Hon. John Feikens

   v.

**COMMISSIONER OF SOCIAL SECURITY**,

   Defendant.

_____/

### ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

   The Court having reviewed the Magistrate Judge's Report and Recommendation,

filed on **3/4/2009**, and noted that no objections were filed by either party,

   **IT IS ORDERED** that the Report is accepted and Plaintiff's Motion for Award of

Attorney's Fees pursuant to The Equal Access to Justice Act, 28 U.S.C. 2412 (docket no.

25) filed on 10/3/2008 is **DENIED.**

          **s/John Feikens**_____
          John Feikens
          United States District Judge

Dated:  March 31, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 31, 2009.

s/Carol Cohron
Deputy Clerk

2